# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MANDY TROSCLAIR DARDAR

VERSUS

GARY DARDAR

NO. 2021 CW 0424

**JUNE 7, 2021**

---

In Re: Mandy Trosclair Dardar, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 177689.

---

**BEFORE: WELCH, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED.** The district court's April 19, 2021 ruling ordering Jerri Smitko to produce a copy of the client file of Timothy Dardar to defendant herein is vacated. Neither a subpoena nor a court order shall be issued to a lawyer to appear or testify in any civil proceeding, including pretrial discovery, where the purpose of the subpoena or order is to ask the lawyer to reveal information about a client or former client obtained in the course of representing the client unless, after a contradictory hearing, it has been determined that the information sought is not protected from disclosure by any applicable privilege or work product rule. La. Code Evid. art. 508(A). The determination that a lawyer-client privilege is not applicable to the testimony shall not bind the client or former client unless the client or former client was given notice of the time, place, and substance of the hearing and had an opportunity to fully participate in that hearing. La. Code Evid. art. 508(C). It appears that the hearing held herein on defendant's motion to produce failed to comply with the requirements of La. Code Evid. art. 508(C).

**JEW**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT